410 A.2d 303

**COMMONWEALTH of Pennsylvania**

v.

**George A. COLEMAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 14, 1979.

Decided Feb. 1, 1980.

Stanley Bashman, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Neil Kitrosser, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM.

Appellant, George A. Coleman, raises only the issue of the sufficiency of the evidence to sustain his conviction for voluntary manslaughter. We find the evidence to be sufficient to sustain the conviction and affirm the judgment of sentence of the Court of Common Pleas of Philadelphia County.